| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number (if known) _____ | Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Smoke Showin' Catering, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Station House BBQ |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3033404 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** 16319 N. Florida Ave. Tampa, FL 33617 Number, Street, City, State & ZIP Code  Hillsborough County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Smoke Showin' Catering, LLC**  Case number (*if known*) _____
      Name

7. **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____   When _____   Case number _____
    District _____   When _____   Case number _____

Debtor **Smoke Showin' Catering, LLC** _____ Case number (_if known_)_____
      Name

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in _this district_?** | _Check all that apply:_<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (_Check all that apply._)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | _Check one:_<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion |

Debtor **Smoke Showin' Catering, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Smoke Showin' Catering, LLC                   Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11.30.2023
              MM / DD / YYYY

X  /s/ [signature]                                    Anthony John Fonseca
   Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ Matthew B. Hale                                Date  11.30.2023
   Signature of attorney for debtor                         MM / DD / YYYY

Matthew B. Hale
Printed name

Stichter, Riedel, Blain & Postler, P.A.
Firm name

110 E. Madison St.
Suite 200
Tampa, FL 33602
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144      Email address  mhale@srbp.com

0110600 FL
Bar number and State

Scanned with CamScanner

ADT
21171 S. Western Ave.
Torrance, CA 90501

ALSCO
507 N. Willow Ave.
Tampa, FL 33606

Ascentium Capital
23970 Highway 59 N.
Kingwood, TX 77339

Atlas Holdings
3001 N. Rocky Point Dr.
Tampa, FL 33607

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Austin Business Finance, LLC
dba GetBackd
2105 S IH 35 Frontage Rd.
Austin, TX 78741

Automotive Financial Services
6025 N. Dale Mabry Hwy.
Tampa, FL 33614

David Burton
777 N. Ashley Dr., Unit 2902
Tampa, FL 33602

Cintas Corporation #0074
7101 Park East Blvd.
Tampa, FL 33610

Corporation Service Company, as Rep
for Legend Advance Funding II, LLC
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company, as Rep
for EBF Holdings, LLC
P.O. Box 2576
Springfield, IL 62708

CT Corporation System, as Rep
for Ascentium Capital
330 N. Brand Blvd., #700

Glendale, CA 91203

EBF Holdings, LLC
dba Everest Business Funding
5 West 37th St., #1100
New York, NY 10018

Ecolab
1 Ecolab Place
Saint Paul, MN 55102

Everest Business Funding
Attn:  Rozana Abreu
8200 NW 52nd Terace, #200
Doral, FL 33166

Financial Pacific
3455 S. 344th Way, #300
Auburn, WA 98001

Financial Pacific Leasing, Inc.
P.O. Box 4568
Auburn, WA 98001

First Data Global Leasing
1169 Canton Rd.
Marietta, GA 30066

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Hillsborough County Tax Collector
2506 N. Falkenburg Rd.
Tampa, FL 33619

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ben E. Keith
601 E. 7th St.
Fort Worth, TX 76102

Legend Advance Funding II, LLC
800 Brickell Ave., #902
Miami, FL 33131

Legend Advance Funding II, LLC

360 Madison Ave., 12th Floor
New York, NY 10017

Northside Propane
17602 US 41 S.
Lutz, FL 33549

Pawnee Leasing
3801 Automation Way,, #207
Fort Collins, CO 80525

Pawnee Leasing Corp.
3801 Automation Way,, #207
Fort Collins, CO 80525

Pendulum Finance
548 Market St., #35697
San Francisco, CA 94104

Quickbooks
2700 Coast Ave.
Mountain View, CA 34043

Receivables Control Corp.
7373 Kirkwood Ct., #200
Osseo, MN 55369

Regions Bank dba
Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339

Rewards Network
540 W. Madison St., #2400
Chicago, IL 60661

Salt Smokehouse, The
16319 N. Florida Ave.
Lutz, FL 33549

Sysco

Taycor Financial
2100 Main St., #240
Irvine, CA 92614

TF Group, Inc.
100 N PCH, 15th floor
El Segundo, CA 90245

TF Group, Inc.
222 N. Sepulveda Blvd., #675
El Segundo, CA 90245

Thomas J. Maccari, P.A.
7700 Congress Ave., #1134
Boca Raton, FL 33487

TimePayment fka Briland Capital
200 Summit Dr., #100
Burlington, MA 01803

Toast Capital
401 Park Dr., #801
Boston, MA 02215

Truist Bank Credit Card
P.O. Box 400
Wilson, NC 27894-0400

Truist Bank Operations Center
P.O. Box 819
Wilson, NC 27894

U.S. Attorney
Attn: Civil Process Clerk
400 N. Tampa St., #3200
Tampa, FL 33602

U.S. Small Business Administration
2 North St., #320
Birmingham, AL 35203

WebBank
215 S. State St., #1000
Salt Lake City, UT 84111

Westwood Funding Solutions, LLC
4601 Sheridan St., #501
Hollywood, FL 33021

Westwood Funding Solutions, LLC
c/o Yonatan Klestzick, Esq.
381 Sunrise Hwy., 3rd Floor
Lynbrook, NY 11563

Wise Funding Group, LLC
767 Third Ave., 32nd Floor
New York, NY 10017

Yelp
350 Mission St., 10th Floor
San Francisco, CA 94105